Elisabeth French
PITTMAN, DUTTON, KIRBY & HELLUMS, P.C.
1100 Park Place Tower
Birmingham, AL 35203
(205) 322-8880
(205) 328-2711 (fax)
Attorneys for Plaintiffs
Virgil Boutwell; Wynelle Davis; Stan Downey; Robert Dudzinski; O'dell Glass; Irene Johnson; David McBrayer; Aurelia Pitts; Geraldine Richardson; Gerald Robinson; John Savage; Nellie Stroecker; George Traweek; Juanell Wilkes; and Willie Williams

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | **MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| Virgil Boutwell         06 3495<br>Wynelle Davis          06-0880<br>Stan Downey           05 4495<br>Robert Dudzinski      06- 0880<br>O'dell Glass           06 2865<br>Irene Johnson         06 0370<br>David McBrayer       06 1710<br>Aurelia Pitts          06 2331<br>Geraldine Richardson  06 0880<br>Gerald Robinson       06 2331<br>John Savage           06 2865<br>Nellie Stroecker       06 0370<br>George Traweek       06 2865<br>Juanell Wilkes        06 1710<br>Willie Williams        06 0370<br><br>                    Plaintiffs,<br>        vs.<br>Pfizer, Inc., et al.<br>                    Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

-1-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

1  Come now the above-referenced Plaintiffs and Defendants, by and through the
2  undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby
3  stipulate to the dismissal of these actions **with prejudice** with each side bearing its own
4  attorneys' fees and costs.
5
6  DATED: October 12, 2006.   PITTMAN, DUTTON, KIRBY & HELLUMS
7
8  By: /s/ Elisabeth French
   Elisabeth French
9  Attorneys for Plaintiffs, Virgil Boutwell; Wynelle Davis;
   Stan Downey; Robert Dudzinski; O'dell Glass; Irene
10 Johnson; David McBrayer; Aurelia Pitts; Geraldine
   Richardson; Gerald Robinson; John Savage; Nellie
11 Stroecker; George Traweek; Juanell Wilkes; and Willie
   Williams
12
13 DATED: October 12, 2006.   GORDON & REES
14
15 By: /s/ Stuart M. Gordon
   Stuart M. Gordon
16 Attorneys for Defendants
17
18 **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,
19 IT IS SO ORDERED.**
20
21 Dated: Oct. 20, 2006
22 
   Hon. Charles R. Breyer
   United States District Judge

-2-